FILED

AUG 28 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 CR 2882 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| MARCOS QUEVEDO-PADILLA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 30, 2008, within the Southern District of California, defendant MARCOS QUEVEDO-PADILLA, did knowingly and intentionally import approximately 26.14 kilograms (57.50 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 28, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*
for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
8/12/08