AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARCOS QUEVEDO-PADILLA

**WAIVER OF INDICTMENT**

CASE NUMBER: _08CR2882-DMS_

I, <u>MARCOS QUEVEDO-PADILLA</u> , the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/28/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Marcos Quevedo Padilla
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer